UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
   SERGIO MAGALLON  
   KAREN MAGALLON  

CASE NO. 05 B 03811  

CHAPTER 13  

JUDGE: A. BENJAMIN GOLDGAR  

     Debtor  
SSN XXX-XX-9475   SSN XXX-XX-3340  

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/06/05 and confirmed on 06/10/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 17415.36 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK OF AMERICA NA | CURRENT MORTG | .00 | .00 | .00 |
| BANK OF AMERICA NA | MORTGAGE ARRE | 11999.49 | .00 | 11999.49 |
| ADULT PEDIATRIC ORTHOPED | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 9235.41 | .00 | 1336.04 |
| ROUNDUP FUNDING LLC | UNSECURED | 4753.27 | .00 | 687.63 |
| CONDELL ACUTE CARE | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 2650.27 | .00 | 383.40 |
| THOMAS SELLETT MD | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | 8215.81 | .00 | 1188.54 |
| MEDICAL PEDIATRICS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 392.41 | .00 | 56.77 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 11999.49 | .00 | 25247.17 | .00 | 37246.66 |
| PRINCIPAL PAID | 11999.49 | .00 | 3652.38 | .00 | 15651.87 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 11999.49 | .00 | 3652.38 | .00 | 15651.87 |

The Debtor's attorney, KENNETH S BORCIA & ASSOC    , was allowed $  2700.00 and was paid $   2700.00  direct and $      .00  through the plan.

The Trustee received $     682.53 .

Refunds to the Debtor totaled $    1080.96 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 01/13/09                          /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```